# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUDSON AND JO ANN HAMEL, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRINSTON PHARMACEUTICAL INC. d/b/a SOLCO HEALTHCARE LLC; SOLCO HEALTHCARE U.S., LLC; HUAHAI US INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; AND TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:18-cv-01405-DAD-EPG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE AND TO STAY SCHEDULING CONFERENCE**<br><br>(ECF No. 8) |

On January 15, 2019, John Judson and Jo Ann Hamel ("Plaintiffs") filed a motion to extent the time within which to effectuate service of process and to stay the Mandatory Scheduling Conference currently schedule for February 5, 2019. (ECF No. 8). Plaintiffs explain that the Joint Panel on Multi-District Litigation ("JPML") is scheduled to hear argument in MDL No. 2875 on January 31, 2019, as to whether it should consolidate or coordinate all Valsartan-related cases, including this action, under a single MDL proceeding.

Pursuant to Federal Rule of Civil Procedure 4(m), and for good cause shown, it is hereby ORDERED that the motion is GRANTED as follows:

1. The time for Plaintiffs to effectuate service of process is hereby extended. Plaintiff shall serve defendants within fourteen (14) days of the date of the JPML's decision on the pending motion to consolidate or coordinate proceedings in the Valsartan-related matters;
2. The February 5, 2019 scheduling conference and related deadlines for pre-conference submission are vacated;
3. Plaintiff shall file a report informing this Court of the JPML's decision within seven (7) days of that decision; and
4. Plaintiff shall serve copies of this order on all defendants named in this action.

IT IS SO ORDERED.

Dated: **January 22, 2019**        /s/ *Eric P. Groj*
                                   UNITED STATES MAGISTRATE JUDGE

1